No. 76–840. TEXAS INDUSTRIAL ACCIDENT BOARD ET AL. *v.* INDUSTRIAL FOUNDATION OF THE SOUTH. Sup. Ct. Tex. Certiorari denied.

No. 76–876. MACDONALD, CHAIRMAN, NAVAJO TRIBAL COUNCIL *v.* SEKAQUAPTEWA, CHAIRMAN, HOPI TRIBAL COUNCIL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–881. FIRST BANK & TRUST CO. *v.* BLOOM, ACTING COMPTROLLER OF THE CURRENCY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–895. WHEATON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–897. HESS, TRUSTEE, ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–915. PATRICK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–921. RAPOPORT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–997. KANNISTO *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1002. LAHMANN *v.* HAUBROCK ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 76–1004. CASTLEWOOD INTERNATIONAL CORP. *v.* DISTILLED SPIRITS COUNCIL OF THE UNITED STATES, INC. C. A. D. C. Cir. Certiorari denied.

No. 76–1014. BEDELL *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.